# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joe Hand Promotions, Inc.,

     Plaintiff,

                                      16-cv-310 (MJD/BRT)

v.

                                        **O R D E R**

Corey L. Velzke, et al.

     Defendants.

_____

     A summons returned executed was  was filed with the Court on March 16, 2016 indicating the defendants answers were due on March 2, 2016.  To date, no answer has been filed by either defendant in this case.

     The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.  The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

     Accordingly, counsel for plaintiff is directed to:

1.     Notify defense counsel or individual plaintiffs, immediately that he is required to make an appearance or move for an extension of time to do so;

2.     File an application for entry of default against this defendant unless the required pleading is filed within 10 days; or

3.     Advise the Court in writing of any good cause to the contrary.

     Unless plaintiff's counsel complies with this order within 20 days of this date, this defendant will dismissed for lack of prosecution.

Dated: March 18, 2016

                                s/Michael J. Davis_____
                                MICHAEL J. DAVIS
                                United States District Court Judge