UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 16-CV-00310 (MJD/KMM) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR STIPULATED DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE** |
| COREY L. VELZKE and VELZKE, LLC, individually and d/b/a BENDERZ BAR & GRILL, and JOHN DOES I-V, | |
| Defendants. | |
| and | |
| VELZKE, LLC D/B/A BENDERZ BAR & GRILL, | |
| Third Party Plaintiff, | |
| v. | |
| CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., | |
| Third Party Defendant. | |

Plaintiff Joe Hand Promotions, Inc., Defendant Corey L. Velzke, Defendant and Third Party Plaintiff Velzke LLC d/b/a Benderz Bar & Grill, and Third Party Defendant Consolidated Communications Holdings, Inc. hereby stipulate to the dismissal of all claims against all parties, with prejudice and without any award of costs and disbursements to any party.

Dated this 24th day of October, 2016.

129543060.1

2

s/Kimberly M. Hanlon
Kimberly M. Hanlon (#0391715)
**Kimberly M. Hanlon, LLC**
310 4th Avenue South, Suite 5010
Minneapolis, MN 55415
Telephone: (612) 206-3701
Facsimile: (612) 206-3701
Email: kimberly@khanlonlaw.com
Attorney for Plaintiff, Joe Hand Promotions, Inc.

s/Lora M. Friedemann
Lora M. Friedemann (#259615)
Katherine J. Rahlin (#394890)
**Fredrikson & Byron, P.A.**
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
lfriedmann@fredlaw.com
krahlin@fredlaw.com
Attorneys for Defendants and
Third Party Plaintiffs,
Corey L. Velzke and Velzke, LLC
d/b/a Benderz Bar & Grill

s/Daniel L. Scott
Daniel L. Scott (#0240837)
Steven Katras (#310396)
**STINSON LEONARD STREET LLP**
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
dan.scott@stinson.com
steven.katras@stinson.com
Attorneys for Third Party Defendant
Consolidated Communications Holdings, Inc.

129543060.1