UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

COREY L. VELZKE ET AL.,

    Defendants.

Case No. 16-CV-00310 (MJD/KMM)

**ORDER DISMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE**

Upon consideration of the Motion for Stipulated Dismissal filed hereunder by Plaintiff Joe Hand Promotions, Inc., Defendant Corey L. Velzke, Defendant and Third Party Plaintiff Velzke LLC d/b/a Benderz Bar & Grill, and Third Party Defendant Consolidated Communications Holdings, Inc., all claims against all parties are hereby dismissed with prejudice and without any award of costs and disbursements to any party. The hearing scheduled for the Judgment on the Pleadings Motion on December 2, 2016 has been cancelled.

    LET JUDGMENT BE ENTERED.

Date: October 25, 2016

BY THE COURT:

s/Michael J. Davis
Michael J. Davis
United States District Court Judge